**MOBILE HI–TECH WHEELS,**
Plaintiff—Appellee,

v.

**CIA WHEEL GROUP, Defendant—**
Appellant.

No. 2007–1289.

United States Court of Appeals,
Federal Circuit.

Nov. 30, 2007.

## STIPULATED MOTION TO DISMISS APPEAL

Appellant CIA Wheel Group, and Appellee Mobile Hi–Tech Wheels, by their attorneys, hereby move for an order dismissing its appeal, with prejudice. Each party shall bear its own costs, including attorneys' fees, in connection with this appeal.

IT IS SO ORDERED.

**ADT CONSTRUCTION GROUP,**
INC., Appellant,

v.

**Pete GEREN, Secretary of**
the Army, Appellee.

No. 2007–1228.

United States Court of Appeals,
Federal Circuit.

Dec. 6, 2007.

John W. Ralls, Thelen Reid Brown Raysman & Steiner LLP, of San Francisco, CA, argued for appellant. Of counsel on the brief was W. Samuel Niece.

William G. Kanellis, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for the Secretary of the Army. With him on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr. Assistant Director.

MICHEL, Chief Judge, PLAGER, and RADER, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.